UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SATENIK HAKOBYAN et al,                                            :
:
                      Plaintiffs,      :         25-CV-8967 (JMF)
:
        -v-                                                :         ORDER
:
MARCO RUBIO et al,                                                 :
:
                      Defendants.      :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The docket does not reflect that the Complaint has been served on Defendants. In view of that and the lack of an appearance by Defendants, the initial pretrial conference currently scheduled for December 4, 2025, *see* ECF No. 15, is ADJOURNED to **January 29, 2026, at 9:00 a.m.**

       Plaintiffs are reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause. If Plaintiffs believe that Defendants have been served, Plaintiffs shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Plaintiffs shall promptly file proof of service after service is made.

       Finally, Plaintiffs are directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **December 2, 2025**. If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this Order to that party personally.

       SO ORDERED.

Dated: November 24, 2025
       New York, New York                   _____
                                                     JESSE M. FURMAN
                                          United States District Judge